No. 739. WILSON CLINTON, AN INCOMPETENT, BY EDMOND HILL, HIS NEXT FRIEND AND GUARDIAN, ET AL. *v.* GYPSY OIL COMPANY. Error to the Supreme Court of the State of Oklahoma. April 21, 1924. Petition for a writ of certiorari herein denied. *Mr. Horace H. Hagan,* for plaintiffs in error, in support of the petition. *Mr. James B. Diggs* for defendant in error.

No. 826. HERSCHELL NORMAN *v.* STATE OF OHIO. April 21, 1924. Petition for a writ of certiorari to the Supreme Court of the State of Ohio denied. *Mr. Frank Davis, Jr., Mr. Hollis C. Johnston* and *Mr. James C. Nicholson* for petitioner. *Mr. Wm. J. Hughes* and *Mr. Wm. J. Hughes,* *Jr.,* for respondent.

No. 853. CHARLES E. SCHAFF, AS RECEIVER, ETC. *v.* S. H. HUDGINS ET AL., COPARTNERS, ETC. April 21, 1924. Petition for a writ of certiorari to the Supreme Court of the State of Oklahoma denied. *Mr. Alexander Britton, Mr. Joseph M. Bryson, Mr. Maurice D. Green* and *Mr. Charles S. Burg* for petitioner. *Mr. Bird McGuire* for respondents.

No. 895. JULES ARNSTEIN, ALIAS NICKEY ARNSTEIN, ET AL. *v.* UNITED STATES. April 21, 1924. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Henry E. Davis* and *Mr. T. Morris Wampler* for petitioners. *Mr. Solicitor General Beck, Mr. Peyton Gordon* and *Mr. William E. Leahy* for the United States.

No. 896. PANAMA RAILROAD COMPANY *v.* OLD DOMINION TRANSPORTATION COMPANY. April 21, 1924. Petition for a writ of certiorari to the Circuit Court of Ap-